**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6206**

CANDISE GORE,

       Plaintiff - Appellant,

    v.

CAROL BROWN; KIESHA BALDWIN; LUTHER CARL KNIGHT; RICHARD
DARLING; SHARON BRANCH; WANDA TAYLOR,

       Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at
Charleston.  Richard Mark Gergel, District Judge.  (2:22-cv-02322-RMG)

Submitted:  March 12, 2026               Decided:  March 17, 2026

Before WILKINSON and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Candise Gore, Appellant Pro Se.  Robin Lilley Jackson, SENN LEGAL, LLC, Charleston,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Candise Gore appeals the district court's orders accepting the recommendation of the magistrate judge and granting summary judgment to Defendants on Gore's 42 U.S.C. § 1983 claims and remanding her state law claims to state court, and denying Gore's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny Appellees' motion to strike Gore's informal brief, grant Gore's motion to exceed the page limitations for her informal brief, deny Gore's motion for counsel, and affirm the district court's orders. *Gore v. Brown*, No. 2:22-cv-02322-RMG (D.S.C. Sept. 11, 2024 & Mar. 6, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*